Gmail

Caruthersville Library <caruthersvillepublib@gmail.com>

## US district court 1 of 5

1 message

**Bryan Kemp** <kempbryan46@gmail.com>
To: caruthersvillepublib@gmail.com

Fri, Jan 30, 2026 at 9:49 AM

RECEIVED BY MAIL
FEB 05 2026
U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
CAPE GIRARDEAU

**DRAFTED COMPLAINT DOCUMENTS UPDATED**
**IN THE UNITED STATES DISTRICT COURT FOR [DISTRICT]**
**BRYAN KEMP, Plaintiff**
**VS.**
1. **BRANDON KEMP**
2. **JUDITH KEMP**
**Defendants**
**COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF**
**COUNT IV: INSURANCE FRAUD**
10. Defendants made false representations to [insurance company] regarding [policy information].
11. Defendants obtained insurance benefits totaling [$amount] through fraudulent means.
12. Plaintiff demands disgorgement of ill-gotten gains and compensatory damages.
**COUNT V: VIOLATION OF AMERICANS WITH DISABILITIES ACT (ADA)**
13. Defendants discriminated against Plaintiff due to his disability ([specify disability]).
14. Defendants failed to provide reasonable accommodations under ADA.
15. Plaintiff demands injunctive relief and compensatory damages.
**COUNT VI: DUE PROCESS VIOLATION UNDER 14TH AMENDMENT**
16. Defendants deprived Plaintiff of his property without due process.
17. Defendants' actions were arbitrary, capricious, and unlawful.
18. Plaintiff demands compensatory damages and injunctive relief.
Would you like me to add more counts or finalize this complaint?

 Gmail

Caruthersville Library <caruthersvillepublib@gmail.com>

## US District Court 2 of 5
1 message

**Bryan Kemp** <kempbryan46@gmail.com>   Fri, Jan 30, 2026 at 9:51 AM
To: caruthersvillepublib@gmail.com

**DRAFTED COMPLAINT DOCUMENTS UPDATED**
**IN THE UNITED STATES DISTRICT COURT FOR [DISTRICT]**
**BRYAN KEMP, Plaintiff**
**VS.**
1. **BRANDON KEMP**
2. **JUDITH KEMP**
**Defendants**
**COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF**
**COUNT IV: INSURANCE FRAUD**
10. Defendants made false representations to [insurance company] regarding [policy information].
11. Defendants obtained insurance benefits totaling [$amount] through fraudulent means.
12. Plaintiff demands disgorgement of ill-gotten gains and compensatory damages.
**COUNT V: VIOLATION OF AMERICANS WITH DISABILITIES ACT (ADA)**
13. Defendants discriminated against Plaintiff due to his disability ([specify disability]).
14. Defendants failed to provide reasonable accommodations under ADA.
15. Plaintiff demands injunctive relief and compensatory damages.
**COUNT VI: DUE PROCESS VIOLATION UNDER 14TH AMENDMENT**
16. Defendants deprived Plaintiff of his property without due process.
17. Defendants' actions were arbitrary, capricious, and unlawful.
18. Plaintiff demands compensatory damages and injunctive relief.
Would you like me to add more counts or finalize this complaint?

 Gmail                                      Caruthersville Library <caruthersvillepublib@gmail.com>

## US District Court 3 of 5
1 message

**Bryan Kemp** <kempbryan46@gmail.com>                          Fri, Jan 30, 2026 at 9:52 AM
To: caruthersvillepublib@gmail.com

**FACTS SUPPORTING BRYAN KEMP'S CLAIMS**
**FACT GROUP 1: BREACH OF CONTRACT**
1. **Contract existed:** A valid contract was formed between Bryan Kemp and Brandon/Judith Kemp on [date]. (Exhibit A: Contract document)
2. **Contract terms:** The contract required Brandon/Judith Kemp to [specify terms, e.g., pay Bryan Kemp $1,000/month].
3. **Breach occurred:** Brandon/Judith Kemp failed to [specify breach, e.g., make payments] from [date] onwards.

**FACT GROUP 2: THEFT AND CONVERSION**
4. **Property owned:** Bryan Kemp owned [specify property, e.g., $10,000 cash].
5. **Theft occurred:** Brandon/Judith Kemp took [property] from Bryan Kemp on [date] without consent.
6. **Conversion occurred:** Brandon/Judith Kemp used [property] for their benefit from [date] onwards.

Would you like me to add more fact groups?

 Caruthersville Library <caruthersvillepublib@gmail.com>

## US District Court 4 of 5
1 message

**Bryan Kemp** <kempbryan46@gmail.com>  Fri, Jan 30, 2026 at 9:55 AM
To: caruthersvillepublib@gmail.com

**FACTS SUPPORTING BRYAN KEMP'S CLAIMS UPDATED**
**FACT GROUP 3: ESTATE FRAUD**
7. **Estate involved:** The estate of [deceased person's name] was involved, with Bryan Kemp as [relationship/beneficiary].
8. **False representations:** Brandon/Judith Kemp made false statements to Bryan Kemp regarding [specific estate matters, e.g., will contents] on [date].
9. **Reliance and damages:** Bryan Kemp relied on these misrepresentations, suffering [type of harm, e

 Gmail     Caruthersville Library <caruthersvillepublib@gmail.com>

## US District Court 5 of 5
1 message

**Bryan Kemp** <kempbryan46@gmail.com>     Fri, Jan 30, 2026 at 9:56 AM
To: caruthersvillepublib@gmail.com

**DRAFTED COMPLAINT DOCUMENTS UPDATED WITH DAMAGES**
**IN THE UNITED STATES DISTRICT COURT FOR [DISTRICT]**
**BRYAN KEMP, Plaintiff**
**VS.**
1. **BRANDON KEMP**
2. **JUDITH KEMP**
**Defendants**
**COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF**
**PRAYER FOR RELIEF**
WHEREFORE, Plaintiff Bryan Kemp demands:
**COMPENSATORY DAMAGES: $2,000,000**
Breakdown:
* Breach of Contract: $500,000
* Theft and Conversion: $750,000
* Estate Fraud: $200,000
* Insurance Fraud: $150,000
* ADA Violation: $100,000
* Due Process Violation: $300,000
**PUNITIVE DAMAGES:** To be determined at trial
**INJUNCTIVE RELIEF:**
* Immediate return of stolen property
* Cancellation of fraudulent insurance claims
* ADA compliance measures
* Due process protections
Would you like me to finalize this complaint for filing?

---

I swear to tell the truth and nutting but the truth that on or about the forgoing was mailed out to the United States court on this date.

By K[emp] (signature)    1-30-2026







